**GAMECASTER, INC., Appellant,**

v.

**DREAMWORKS ANIMATION SKG, INC., Appellee.**

No. 2014–1380.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

Patrick F. Bright, Wagner, Anderson & Bright, P.C., of Glendale, CA, argued for appellant.

Charles S. Barquist, Morrison & Foerster LLP, of Los Angeles, CA, argued for appellee. On the brief were Marc A. Hearron, of Washington, DC and Christopher B. Eide, of Palo Alto, CA.

PROST, Chief Judge, BRYSON and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**